

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN THE INTEREST OF J. M. C., A CHILD, | § | No. 08-21-00193-CV |
|  | § | Appeal from the |
| Appellant. | § | 65th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2020DCM0400) |
|  | § |  |

**O R D E R**

Appellant has filed a motion to stay this appeal pending a De Novo Hearing Before the Referring Court, pursuant to Tex. Fam. Code Ann. section 201.015, which is set for December 10, 2021. We construe Appellant's motion as a motion to abate appellate proceedings pending the outcome of the de novo hearing. We further note the motion indicates that counsel for Appellee Caroline Carow does not oppose this request and counsel appointed as ad litem for the child has not yet responded.

The Court has determined that further information is required before it will rule on the request to abate proceedings.

Specifically, the parties are directed to address:

1.  Whether the trial court has issued a final appealable order over which this Court has obtained jurisdiction;

2.  Alternatively, if no final order has been issued, under what authority may this Court abate the appeal.

A response from Appellant is requested by **November 29, 2021**. Any other party wishing to respond may do so with such response due on or before **December 3, 2021**.

1

All current deadlines will remain in effect pending further order of this Court.

IT IS SO ORDERED this 20th day of October, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.), sitting by assignment